UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CR-00019-D-2

UNITED STATES OF AMERICA,       )
                                )
        v.                      )       ORDER
                                )
WALTER NORMAN                   )

Upon motion of the United States, it is hereby ORDERED that
Docket Entry Number 88, in the above-captioned case be sealed by the
Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed
sealed documents to the United States Attorney and Defendant's
attorney.

SO ORDERED. This **1( day of March 2016.**

JAMES C. DEVER III
Chief United States District Judge