IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:12-CR-19-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WALTER ALLEN NORMAN, ) | |
| ) | |
| Defendant. ) | |

The United States shall file a response to defendant's motions for a sentence reduction [D.E. 98, 102]. The response is due not later than May 11, 2018.

SO ORDERED. This 15 day of April 2018.

JAMES C. DEVER III
Chief United States District Judge