IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CR-19-D-2
No. 2:20-CV-42-D

| | |
|---|---|
| WALTER ALLEN NORMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

For good cause having been shown upon the motion of Respondent to lift the stay in this matter ordered by the Court on September 17, 2020 [D.E. 152] and to set a deadline of August 27, 2021, for the Government to file a response to Petitioner's 18 U.S.C. § 2255 motion [D.E. 144], it is hereby

ORDERED that the stay of this matter is lifted and the Government have up to and including August 27, 2021, to file its response to Petitioner's § 2255 motion.

So ORDERED THIS __16__ day of August, 2021.

JAMES C. DEVER III
United States District Judge